UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALIEN VISIONS E-JUICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GORILLA VAPES, LLC, <br><br> Defendant. | Civil Action No. 3:18-cv-16159-BRM-LHG <br><br> **CONSENT ORDER FOR** ***PRO HAC VICE*** **ADMISSION OF FRANK A. MAZZEO, ESQ.** |

This matter, having been opened to the Court upon the application of Beth Anne Powers, Esq. of Ryder, Mazzeo & Konieczny LLC, attorneys for Defendant Gorilla Vapes LLC ("Plaintiff"), to allow Frank A. Mazzeo, Esq. of Ryder, Mazzeo & Konieczny LLC to appear and participate *pro hac vice*, and with counsel for all parties consenting, and for good cause having been show;

IT IS on this **15** day of **APRIL**, 2019,

**ORDERED**, that Defendant's application be and hereby is **GRANTED**; and it is further

**ORDERED** that Frank A. Mazzeo, Esquire, a member of the bar of the Commonwealth of Pennsylvania, the bar of the State of New York and the United States Patent and Trademark Office, be permitted to appear *pro hac vice* in this matter in the United States District Court pursuant to Local Rule 101.1(c); provided that all pleadings, briefs and other papers filed with the Court shall be signed by Beth Anne Powers, Esquire, or an attorney with the firm of Ryder, Mazzeo & Konieczny, LLC, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this

proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that pursuant to L. Civ. R. 101.1(c)(2), Frank A. Mazzeo, Esquire, shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-13; and it is further

**ORDERED** that pursuant to L. Civ. R. 101.1(c)(3), Frank A. Mazzeo, Esquire shall make payment of $150.00, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Frank A. Mazzeo, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, L. Civ. R. 104.1, and <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Frank A. Mazzeo, Esq. shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that pursuant to L. Civ. R. 101.1(c)(4), Frank A. Mazzeo, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule 1:27-7, as amended.

**ORDERED** that Ryder, Mazzeo & Konieczny LLC may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
LOIS H. GOODMAN
United States Magistrate Judge